* Honorable Virgil Pittman, U.S. District Judge for the Southern District of Alabama, sitting by

**R.C. HILTON ASSOCIATES, INC., Plaintiff-Appellant,**

v.

**STAN MUSIAL AND BIGGIE'S, INC., Suncoast International Inns, Ltd., Edward J. Stern, Mariemont Investment, E.J. Stern, Inc., Defendants-Appellees.**

No. 82–5041.

United States Court of Appeals, Eleventh Circuit.

June 9, 1983.

Wightman, Weidemeyer & Maynor, Carleton L. Weidemeyer, Clearwater, Fla., for plaintiff-appellant.

Elihu H. Berman, Clearwater, Fla., for defendants-appellees.

ON PETITION FOR REHEARING

(Opinion April 11, 1983, 11 Cir., 1983, 702 F.2d 907)

Before GODBOLD, Chief Judge, RONEY, Circuit Judge, and PITTMAN *, District Judge.

PER CURIAM:

R.C. Hilton Associates, Inc. requests a rehearing based on the contention that this court's treatment of its claim for tortious interference with a business relationship, *see* 702 F.2d 907 (11th Cir.1983), is inconsistent with Florida law. In our earlier opinion we did not intend to imply that an enforceable contract between plaintiff and a third party is an essential element of a claim for tortious interference with a business relationship. Hilton's claim fails because he did

designation.

not establish the existence of an advantageous relationship with Stan Musial and Biggie's, Inc.

The petition for rehearing is DENIED.